UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Carrie Donoghue, | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-02060-WTL-DKL |
| v. | : |
| Lexington Law Firm; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 19, 2015

Respectfully submitted,

By /s/ Amy L. Cueller

Amy L. Cueller, Esq., #15052-49
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 19, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Amy L. Cueller_____

              Amy L. Cueller