UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Carrie Donoghue, | : |
| | : |
| | : Civil Action No.: 1:14-cv-02060-WTL-DKL |
| Plaintiff, | : |
| v. | : Approved on 2/06/15. |
| | : s/William T. Lawrence, Judge |
| Lexington Law Firm; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Carrie Donoghue ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 5, 2015

Respectfully submitted,

By /s/ Amy L. Cueller

Amy L. Cueller, Esq., #15052-49
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on February 5, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Southern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Amy L. Cueller

                  Amy L. Cueller